Burkhardt Milling & Electric Power Company, Respondent, vs. City of Hudson, imp., Appellant.

*April 4—April 24, 1917.*

*Taxation: Recovery of illegal taxes: Bringing in new parties: Amendment of complaint: Limitation of actions: Appeal: Direction of judgment.*

1. Where, in an action to recover illegal and excessive taxes paid to a city, the plaintiff, upon being required to bring in other parties defendant, amended the complaint accordingly, but stated identically the same cause of action against the city as was before stated, the action against the city is not barred by the mere fact that the amended complaint was served and the new parties brought in after the year limited by sec. 1164, Stats., for the bringing of the action.

2. The right of plaintiff to recover in this action having been established, the amount of recovery being merely a matter of computation, and the case having been twice before the circuit

court and twice before the supreme court, the latter court, upon affirming an order overruling a demurrer to the amended complaint, directs a judgment for the plaintiff upon such complaint.

APPEAL from an order of. the circuit court for St. Croix county: E. B. BELDEN, Judge.  *Affirmed.*

Demurrer to the plaintiff's second amended complaint. Demurrer overruled.  The defendant *City of Hudson* appeals.

The cause was submitted for the appellant on the brief of *C. A. Cross* and *N. O. Varnum* of Hudson, and for the respondent on that of *Spencer Haven* of Hudson.

ROSENBERRY, J.  This case was once before this court and is reported in 162 Wis. 361, 156 N. W. 1011, where the facts are fully stated, and a restatement of the facts is not necessary here.   Upon the return of the record to the circuit court pursuant to the directions of this court on the former appeal, the proper parties were brought in, the necessary amendment made, and the directions of this court fully complied with.   Every matter urged upon our attention on this appeal was determined adversely to the contention of appellant here upon the former appeal, with one exception.   The case was first started by plaintiff against the *City of Hudson* as sole defendant, and it is claimed that the bringing in of other parties subsequent to the reversal of the former judgment made a new cause of action which is barred by sec. 1164, Stats., and that the demurrer should have been sustained upon that ground.

The bringing in of the additional parties in no way affected the rights of the plaintiff as against the appellant *City of Hudson*.   The cause of action against the *City of Hudson* is identical with the cause of action against said city as. stated in the former complaint.   We think it clear, therefore, that it is not barred by the provisions of sec. 1164.   The right of plaintiff to recover in this action having been estab-

lished, the amount of recovery being merely a matter of computation, and this case having been twice before the circuit court and twice here, we are of the opinion that public interest requires that this litigation be terminated.

*By the Court.*—The order of the circuit court appealed from is affirmed, with directions to enter judgment for plaintiff upon its complaint.